# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> BOBBY LARUE THOMPSON, SR. ) <br> ) <br> Defendant. ) <br> _____) | File no.: 3:05-CR-00294 <br> ORDER |

      **THIS MATTER** come before the Court on motion of defense counsel for interim payment. For good cause shown, this motion is **GRANTED**.

      **IT IS THEREFORE ORDERED** that interim payment be made payable to defense counsel on the above case regarding the above referenced defendant.

Signed: June 6, 2006

Graham C. Mullen
United States District Judge