IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR294

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>BOBBY LARUE THOMPSON, SR., (6) )<br>) | **ORDER** |

    THIS MATTER is before the court on its own motion to continue the trial of the above named Defendant from the April 23, 2007 term of court. The undersigned issued an order on April 10, 2007 granting a continuance to Defendants Tito Thompson and Bobby Thompson.

    The court finds the ends of justice served by taking such action outweighs the interest of the public and Defendant to a speedy trial as set forth in 18 U.S.C. 3161(h)(8)(1).

    **IT IS THEREFORE ORDERED that Bobby Larue Thompson, Sr.** is also scheduled for trial during the **June 18, 2007 term at 10:00 a.m.** in the Charlotte Division.

    The Clerk is directed to certify copies of this order to Defendants, counsel for Defendants, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

    IT IS SO ORDERED.

Signed: April 12, 2007

Graham C. Mullen
United States District Judge